UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SIMON SERENO AND GRACE SERENO,<br><br>    Plaintiffs,<br><br>    vs.<br><br>WACHOVIA BANK; WORLD SAVINGS BANK, FSB; EXECUTIVE TRUSTEE SERVICES, LLC DBA ETS SERVICES, LLC; EDDIE MOLL; and DOES 1–20 inclusive,<br><br>    Defendants. | CASE NO.:  09-03520-MCE-GGH<br><br>[Assigned to the Honorable Morrison C. England, Jr., Courtroom 7]<br><br>ORDER DENYING DEFENDANT WACHOVIA'S REQUEST FOR LEAVE TO FILE BRIEF IN EXCESS OF TWENTY (20) PAGES<br><br>Date:     March 25, 2010<br>Time:    2:00 p.m.<br>Crtrm:   7 |

    The Court, having read and considered the request of Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, formerly World Savings Bank, FSB, also sued as Wachovia Bank ("Wachovia") for relief from the Court's page limitation requirement to file a brief in excess of twenty (20) pages:

C:\iFolder\mengland\Home\TO DOCKET CIVIL\09cv3520.o.0309.doc

1

CASE NO. 09-CV-03520-MCE-GGH
[PROPOSED] ORDER GRANTING WACHOVIA'S REQUEST
FOR LEAVE TO FILE BRIEF IN EXCESS OF TWENTY PAGES

PDF created with pdfFactory trial version www.pdffactory.com

1. IT IS HEREBY ORDERED: Wachovia's request for leave to file a brief in excess of twenty (20) pages is DENIED. Defendants shall re-file in a brief in conformance with the Local Rules of this court not later than twenty (20) days after the date this Order is electronically filed.

2. The currently scheduled motion is vacated in order for Wachovia to comply with the appropriate notice provisions.

DATED: March 9, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

C:\iFolder\mengland\Home\TO DOCKET CIVIL\09cv3520.o.0309.doc

2

CASE NO. 09-CV-03520-MCE-GGH
[PROPOSED] ORDER GRANTING WACHOVIA'S REQUEST
FOR LEAVE TO FILE BRIEF IN EXCESS OF TWENTY PAGES

PDF created with pdfFactory trial version www.pdffactory.com