1  SHARON L. LAPIN, SBN 165919
   LAW OFFICES OF SHARON L. LAPIN
2  336 Bon Air Center, Suite 492
   Greenbrae, Ca. 94904
3  (415) 258-1651
   Fax: (916) 258-0326
4  e-mail lapinlaws@juno.com

5

   Attorney for Plaintiffs
6
   SIMON SERENO and GRACE SERENO
7

8

9

10                 **UNITED STATES DISTRICT COURT**

11                  **EASTERN DISTRICT OF CALIFORNIA**

12

13

14

15

16 | SIMON SERENO and GRACE SERENO, | CASE NO.: 2:09-cv-03520-MCE-GGH |
|---|---|
17 | Plaintiffs, | ORDER DENYING REQUEST TO APPEAR BY TELEPHONE FOR MOTION TO DISMISS AND MOTION TO STRIKE |
18 | v. | |
19 | WACHOVIA BANK; WORLD SAVINGS BANK, FSB; EXECTIVE TRUSTEE SERVICES, LLC DBA ETS SERVICES, LLC; EDDIE MOLL; and DOES 1-20 inclusive, | JUDGE: Morrison C. England Jr.<br>DATE: April 29, 2010<br>TIME: 2:00 PM<br>CTRM: Courtroom 7 |
22 | Defendants._____/ | |

23 The Court having reviewed the Request to Appear by Telephone for the Motion to Dismiss and

24 Motion to Strike hearing, good cause appearing therefore, hereby orders as follows:

25    IT IS HEREBY ORDERED that Plaintiffs' Counsel may not appear telephonically for

26 Motion to Dismiss and Motion to Strike hearing currently set to be heard on April 29, 2010 in

27

28                                         1

Courtroom 7 before the Honorable Morrison C. England Jr.  A personal appearance by Plaintiff's counsel is required.

Dated:  April 12, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2