1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   SIMON SERENO and GRACE SERENO      No. 2:09-cv-03520-MCE-GGH

12                    Plaintiffs,

13        v.                            <u>MEMORANDUM AND ORDER</u>

14   WACHOVIA BANK; WORLD SAVINGS
     BANK, FSB; EXECUTIVE TRUSTEE
15   SERVICES, LLC DBA ETS SERVICES,
     LLC; EDDIE MOLL and DOES 1-20,
16   inclusive,

17                    Defendants.

18                    ----oo0oo----

19        This action arises out of a mortgage loan transaction in

20   which Plaintiffs Simon Sereno and Grace Sereno ("Plaintiffs")

21   refinanced their home in 2006.  Presently before the Court is a

22   Motion by Defendant Wachovia Mortgage, erroneously named

23   separately as Wachovia Bank and World Savings Bank ("Defendant")

24   to Dismiss the claims alleged against it in Plaintiffs' Amended

25   Complaint for failure to state a claim upon which relief may be

26   granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

27   Defendant also filed a Motion to Strike portions of the Amended

28   Complaint.

                                  1

1      Plaintiffs' Amended Complaint alleges only state law causes

2 of action.  Plaintiffs have also filed a Statement of Non-

3 Opposition in which they do not oppose dismissal of their Amended

4 Complaint for lack of subject matter jurisdiction.

5      With only Plaintiffs' state law claims remaining, this Court

6 ceases to have subject matter jurisdiction over the suit.  The

7 Court declines to exercise its supplemental jurisdiction over the

8 remaining state causes of action and they are dismissed without

9 prejudice.  The Court need not address the merits of Defendant's

10 Motion to Dismiss (Docket No. 20) as those issues are now moot.

11 Defendant's Motion to Strike (Docket No. 21) is also moot.[1]

12      Plaintiffs are cautioned against filing complaints in this

13 Court and then dismissing the federal claims as soon as a Motion

14 to Dismiss is filed.

15      For the reasons stated above, the case is dismissed.

16 The Clerk is directed to close the file.

17      IT IS SO ORDERED.

18 Dated: April 26, 2010

19

20

21      MORRISON C. ENGLAND, JR.
       UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27     [1] Because oral argument will not be of material assistance,
 the Court deemed this matter suitable for decision without oral

28 argument.  E.D. Cal. Local Rule 230 (g).